# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE BROOKS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:08-cv-00168 AWI DLB PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND TO PLAINTIFF COPY OF COURT DOCUMENT 14 |

Plaintiff Anthony Eugene Brooks ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On September 29, 2008, the court dismissed plaintiff's amended complaint for failure to state any claims upon which relief may be granted and ordered plaintiff to file a further amended complaint or a notice of voluntary dismissal within thirty days from the date of service of the order.  Plaintiff did not comply with the Court's order and on November 5, 2008, the Court issued a Findings and Recommendation recommending that this action be dismissed.

Plaintiff filed an objection on November 21, 2008.  Plaintiff states that he did not receive the Court's September 29, 2008 order.  The Court notes that the Order were returned by the United States Post Office as undeliverable.   The Court further notes that Plaintiff has listed a different address on his objection filed November 21, 2008.  Plaintiff is reminded that he must  notify the Court of any change to his address.  Absent such notice, service at a party's prior address is fully

1  effective. Local Rule 83-182(f).

2      The Court shall vacate the Findings and Recommendations issued November 5, 2008. The
3  Clerk of the Court is directed to re-send to plaintiff a copy of the Order Dismissing Plaintiff's
4  Amended Complaint. (Doc. 14).

5      Within thirty (30) days of service of this order, plaintiff is to file an amended complaint or
6  notice of voluntary dismissal, in compliance with the Court's order filed September 29, 2008.

7      Failure to comply with this order will result in a recommendation that this action be
8  dismissed.

9      IT IS SO ORDERED.

10      Dated: **November 26, 2008**          /s/ **Dennis L. Beck**
                                                                 UNITED STATES MAGISTRATE JUDGE