# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE BROOKS, | CASE NO. 1:08-cv-00168 AWI DLB PC |
| Plaintiff, | ORDER DISREGARDING AS MOOT MOTION FOR TRANSFER |
| v. | (Doc. 9) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff Anthony Eugene Brooks ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On March 14, 2008, plaintiff filed a motion requesting to be transferred from the United States Penitentiary in Atwater to another facility, namely Dublin, Victorville, Herlong or Lompac.

It appears that plaintiff is now incarcerated at FCI - Herlong. (Doc. 16). Accordingly, plaintiff's motion, filed March 14, 2008 is HEREBY DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **November 26, 2008**            /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE