# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE BROOKS, | CASE NO. 1:08-cv-00168 AWI DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM |
| v. | |
| UNITED STATES OF AMERICA, et al., | (Doc. 19) |
| Defendants. | THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C. §1915(g) |

Plaintiff Anthony Eugene Brooks ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 21, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days.[1] Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

---

[1] The United States Postal Service returned the Findings and Recommendations on February 3, 2009 as undeliverable. A notation states "Undeliverable, Return to Sender, Not Deliverable as Addressed, Unable to Forward". Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 21, 2009, is adopted in full; and
2. This action is dismissed, with prejudice, for failure to obey a court order and failure to state a claim upon which relief may be granted;
3. All pending motions are DENIED as moot; and
4. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   March 12, 2009              /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE